# United States Court of Appeals
## For the First Circuit

No. 04-9005

IN RE MICHAEL WATSON and KATHLEEN WATSON,

Debtors,

MICHAEL WATSON and KATHLEEN WATSON,

Appellants,

v.

JOHN BOYAJIAN, Chapter 13 Trustee,

Appellee.

ERRATA SHEET

The opinion of this Court issued on March 25, 2005 is corrected as follows:

Page 16, line 12:  delete the word "order"